IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ADAM HOSTO and MELISSA HOSTO,

Plaintiffs,

vs.

DOOSAN INFRACORE BOBCAT
HOLDINGS CO., LTD., d/b/a
BOBCAT COMPANY,

Defendant.                                  Case No. 14-cv-1336-DRH

## ORDER

This cause comes before the Court pursuant to a Stipulation for Dismissal (Doc. 18). Accordingly, it is hereby **ORDERED** that this case is **DISMISSED with prejudice** and **WITHOUT COSTS**. The Clerk of the Court is **DIRECTED** to enter judgment in this case accordingly.

**IT IS SO ORDERED.**

Digitally signed by
David R. Herndon
Date: 2015.04.11
16:58:09 -05'00'

**United States District Judge**