UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

ADAM HOSTO et al,

    Plaintiffs,

v.

RICHARD HOSTO et al,

    Defendant.                               No. 14-cv-1336-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc.19), entered on April 13, 2015, this case is **DISMISSED with prejudice**.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY:    /s/*Caitlin Fischer*
                                                          Deputy Clerk

Dated:   April 13, 2015

Digitally signed by David R. Herndon
Date: 2015.04.13 13:17:04 -05'00'

APPROVED:
          U.S. DISTRICT JUDGE
          U. S. DISTRICT COURT